# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| v. | ) |
| TEDDY MICHAEL KRAUSE | ) Case No. 3:24-mj-107 |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 28, 2024 in the county of Linn in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(c) | Possession with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Todd Hoagland.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Todd Hoagland, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 9:15 a.m./p.m.

Date: May 29, 2024

*Judge's signature*

City and state: Portland, Oregon    Honorable Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*